# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Case No.: 06-mj-502  
Date of Proceeding: 10-3-06  
Presiding Judge: Donald C. Ashmanskas  
Courtroom Deputy: Paul Gale  
Recorded: FTR by Paul Gale  
AUSA: Steve Peifer  

(for: _____)

Please use the above case number and initials on all future documents and correspondence in this action.

**DOCKET ENTRY:**

[ ] Interpreter(s): _____.
Record of time set for: [X] First/[ ] Initial appearance [ ] Arraignment [X] Detention hearing/review [ ] Status hearing
[ ] Pretrial/[ ] Supervised release hearing [ ] Preliminary hearing [X] A/W from another district/Rule 5.1 or 32.1 proceedings.
[X] ORDER - Appointing Federal Defender/CJA attorney to represent defendant(s).
[X] ORDER - Defendant to proceed as named.
[ ] Defendant(s) advised of charges  [ ] Defendant(s) waived reading of the Complaint, Indictment or Information.
[X] Defendant(s) advised of rights    [ ] Defendant(s) waived advice of rights.
[X] Defendant(s) waived [X] Identity hearing [ ] Preliminary hearing [ ] Removal hearing.
[ ] ORDER - (Re)setting/continuing [ ] Arraignment [ ] Preliminary [ ] Detention [ ] Status [ ] Rule 5.1 or 32.1 hearing before the duty Magistrate Judge on: _____.
[ ] Government witness sworn: _____.
[ ] ORDER - Finding probable cause. [ ] ORDER - Finding lack of probable cause for defendant.
[ ] ORDER - Defendant's plea of not-guilty entered.
[ ] ORDER - Setting trial before Judge _____ on _____ 2006, at 9:00 a.m.
[ ] ORDER - Defendant is released on conditions, (see separate order).
[X] ORDER - Defendant is detained [ ] flight risk [ ] danger [ ] pending further hearing.
[ ] ORDER - Discovery due in 10 days and motions due in 21 days.
[ ] ORDER - Setting revocation hearing before Judge _____ on _____ at _____.

[X] Order signed in open court transferring the E.Dist of CA case to the Dist. of OR. (Related to CR-06-60069-AA) Case in OR to be assigned directly to Judge Aiken.

(OTD: _____ - Gov't case: _____ days)

**DEFENDANT**  
(1) Darren Thurston  
    [X] Present [ ] O/R [ ] Bond [X] Custody

(2) _____  
    [ ] Present [ ] O/R [ ] Bond [ ] Custody

(3) _____  
    [ ] Present [ ] O/R [ ] Bond [ ] Custody

**COUNSEL**  
(1) Dan Feiner  
    [X] Present [X] Appointed [ ] Retained

(2) _____  
    [ ] Present [ ] Appointed [ ] Retained

(3) _____  
    [ ] Present [ ] Appointed [ ] Retained

[ ] Chambers  
[ ] Counsel of Record  
[ ] Jury Clerk  
[ ] Probation  
[ ] Pretrial Services  
[ ] U.S. Marshal  

Document No.: _____  
CRIMINAL MINUTES

Criminal Minutes  
Revised June 10, 2004