OCT 03 2006 08:12 FR US ATTORNEYS OFFICE503 727 1161 TO 85033268010 P.02
07/12/06 WED 08:23 FAX 916554.    US ATTORNEY                                    @002

Case 2:06-cr-00155-DFL    Document 5    Filed 04/06/2006    Page 1 of 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

06-mj-502

USA,

v.

**WARRANT FOR ARREST**

**DARREN THURSTON, ET AL.,**

Case Number: **2:06-CR-00155-DFL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **Darren Thurston,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment    ☐ Information    ☐ Violation Petition    ☐ Other _____

charging him or her with (brief description of offense)
**Conspiracy to Commit Arson**

in violation of Title **18**    United States Code, Section(s) **844**

| J. Donati | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| | 4/6/06        Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at **$To Be Determined at Initial Appearance**    by    **Judge Dale A. Drozd**

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |

Case 2:06-cr-00155-DFL   Document 1   Filed 04/06/2006   Page 1 of 8

06mj-502

McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 551-2724

FILED
APR - 6 2006
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

2 06 - CR - 0155 DFL

UNITED STATES OF AMERICA,      )   CR. NO. S-
                               )
            Plaintiff,         )   VIOLATIONS: 18 U.S.C. §
                               )   844(n) - Conspiracy to
      v.                       )   Commit Arson; 18 U.S.C. §§
                               )   844(f)(1) and (2) - Arson
JOSEPH DIBEE,                  )   of a Government Building;
REBECCA RUBIN,                 )   18 U.S.C. § 924(c)(1) -
DARREN THURSTON, and           )   Use and Carrying of a
JUSTIN SOLONDZ,                )   Destructive Device During
                               )   and in Relation to a Crime
            Defendants.        )   of Violence
                               )

INDICTMENT

COUNT ONE: [18 U.S.C. § 844(n) - Conspiracy to Commit Arson]

The Grand Jury charges: T H A T

JOSEPH DIBEE,
REBECCA RUBIN,
DARREN THURSTON, and
JUSTIN SOLONDZ,

defendants herein, between on or about September 1, 2001, to and including on or about October 15, 2001, in the County of Lassen, State and Eastern District of California, did knowingly and intentionally agree, combine and conspire with each other, and with others both known and unknown to the Grand Jury, to

1

1  maliciously damage and destroy by means of fire and explosives,
2  buildings and other real and personal property owned in whole or
3  in part by the United States and a department and agency thereof,
4  to wit: the Department of the Interior, Bureau of Land
5  Management, namely, the Litchfield Wild Horse and Burro Corrals
6  located at Susanville, California, in violation of Title 18,
7  United States Code, Sections 844(f) and (n).
8  COUNT TWO:    [18 U.S.C. §§ 844(f)(1) and (2) - Arson of a Government Building]
9
10        The Grand Jury further charges:    T H A T
11              JOSEPH DIBEE,
                REBECCA RUBIN,
12              DARREN THURSTON, and
                JUSTIN SOLONDZ,
13
14  defendants herein, on or about October 15, 2001, in Lassen
15  County, State and Eastern District of California, did maliciously
16  damage and destroy by means of fire, a building and other real
17  and personal property which was owned in whole or in part by the
18  United States and a department and agency thereof, to wit: the
19  Department of the Interior, Bureau of Land Management, namely,
20  the Litchfield Wild Horse and Burro Corrals located at
21  Susanville, California, in violation of Title 18, United States
22  Code Sections 844(f)(1) and (2).
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

2

OCT 03 2006 08:12 FR US ATTORNEYS OFFICE503 727 1161 TO 85033268010    P.05
06/22/06 THU 12:49 FAX 91655   0      US ATTORNEY            ⌀003

Case 2:06-cr-00155-DFL   Document 1   Filed 04/06/2006   Page 3 of 8

1  COUNT THREE: [18 U.S.C. § 924(c)(1) - Use and Carrying of a
                Destructive Device During and in Relation to a
2               Crime of Violence]

3       The Grand Jury further charges: T H A T

4              JOSEPH DIBEE,
               REBECCA RUBIN,
5              DARREN THURSTON, and
               JUSTIN SOLONDZ,

6

7  defendants herein, and others both known and unknown to the Grand

8  Jury, on or about October 15, 2001, in Lassen County, State and

9  Eastern District of California, during and in relation to a crime

10 of violence for which they may be prosecuted in a court of the

11 United States, to wit: the arson of a government building and

12 real and personal property, as charged in Count Two of this

13 Indictment, did knowingly and unlawfully use and carry one or

14 more destructive devices, that is, one or more incendiary bombs,

15 in violation of Title 18, United States Code Sections 924(c)(1)

16 and 2.

17
                                    A TRUE BILL.
18
                                    /s/ Signature on file w/AUSA
19                                  FOREPERSON
20

21
   [signature]
22
   McGREGOR W. SCOTT
23 United States Attorney

24

25

26

27

28

                                    3